## Eugene J. Ambuehl, a Minor, by Jacob Ambuehl, his Father and Next Friend, Appellee, v. Cletus Steiner, Appellant.

opinion filed March 1, 1941. Oehmke & Dunham, for appellant; E. Fred Gerold, Jr., of counsel; Geers & Geers, for appellee. Opinion by JUSTICE CULBERTSON. ''Not to be published in full.''